UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SHAMEL ALEXANDER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )  Civil Action No. 5:16cv192<br>) |
| ANDREW HUNT, *et al.*<br>    Defendants. | )<br>)<br>) |

5:16-cv-192

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I served Defendants' First Set of Interrogatories and Requests to Produce on Plaintiff by mailing copies of the same, first class postage prepaid, to Plaintiff's Attorneys David J. Williams, Esq., Jarvis, McArthur & Williams, 95 St. Paul St., Ste 2E, P.O. Box 902, Burlington, VT 05402-0902 and Lia Ernst, Esq. and James M. Diaz, Esq., ACLU Foundation of Vermont, 137 Elm Street, Montpelier, VT 05602.

DATED at Burlington, Vermont, this 20th day of July 2017.

McNEIL, LEDDY & SHEAHAN, P.C.

BY: _____
Nancy G. Sheahan, Esq.
271 South Union St.
Burlington, VT 05401
(802)863-4531
nsheahan@mcneilvt.com

Attorneys for Defendants

c:    David Williams, Esq.
      James M. Diaz, Esq.
      Lia Ernst, Esq.

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com